**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

HEATHER MYERS,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:25-cv-14611

Judge Charles P. Kocoras

Magistrate Judge Beth W. Jantz

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on January 21, 2026 [39] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|-----|-----------|
| 16  | treasure bowl oo |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: June 05, 2026

Respectfully submitted,

/s/ Keith A. Vogt

Keith A. Vogt

FL Bar No. 1036084/IL Bar No. 6207971

Keith A. Vogt PLLC

1820 NE 163rd Street, Suite #306

North Miami Beach, Florida 33162

Telephone: 312-971-6752

E-mail: keith@vogtip.com

Subscribed and sworn before me by Keith A. Vogt, on this 05 day of June, 2026.

Given under by hand and notarial seal.



NOTARY PUBLIC

STATE OF Illinois

COUNTY OF Cook

GRISELDA DELGADO
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
October 05, 2026